```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
                                        DATE FILED: 11/19/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KATHRYN FAY and IAN FAY,**
**individually and as the parents and**
**natural guardians of K.F., a minor,**

                          Plaintiffs,

     - against -

**JUUL LABS, INC., ALTRIA GROUP, INC.,**
**PHILIP MORRIS USA, INC., and NEW**
**YORK SMOKE SHOP, INC.,**

                          Defendants.

19 Civ. 10098 (LLS)

**ORDER**

After due consideration, it is ordered that:

(1) Plaintiffs' November 8, 2019 motion "to Remand This Action to State Court and for Attorneys' Fees" for lack of jurisdiction (Dkt. No. 10), which was brought in disregard of this Court's individual practice 2.A requiring a pre-motion conference before the making of such a motion, is dismissed without prejudice and is regarded as a nullity, there being no reason to waive that rule, and in this case such a pre-motion conference might have been useful; and

(2) All further action in this case is stayed until 14 days after the United States Judicial Panel on Multidistrict Litigation rules on plaintiffs' motion to vacate the conditional transfer order filed in that Court on November 4, 2019, with

respect to which that Court has already set a briefing schedule.

So ordered.

Dated:   New York, New York
         November 14, 2019

                                  _____
                                     LOUIS L. STANTON
                                        U.S.D.J.